IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK D. HARRISON,** | : | CIVIL ACTION NO. 1:05-CV-2323 |
| | : | |
| **Plaintiff** | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **GREGORY J. AMMONS, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER COMPELLING PLAINTIFF TO PROVIDE INITIAL DISCLOSURES AND DISCOVERY RESPONSES

AND NOW, this 21st day of December, 2007, upon consideration of the correspondence from defendants' counsel dated December 12, 2007, apprising the court of plaintiff's failure to respond to defendants' first request for production of documents, and following a telephone conference with all parties of record, it is hereby ORDERED that:

1. On or before December 28, 2007, plaintiff's counsel shall provide defendants with the entire contents of his file, with the exception of those documents that are protected by attorney-client privilege.

2. On or before January 7, 2008, plaintiff's counsel shall produce all documents responsive to defendants' first request for production.

3. On or before January 7, 2008, plaintiff shall comply with the initial disclosure requirements of Federal Rule of Civil Procedure 26(a)(1)(A) by providing defendants with, *inter alia*, the name and contact information of "each individual likely to have discoverable information . . . that the disclosing party may use to support its claims or defenses," including plaintiff's treating physicians and other healthcare providers.

4. Failure to comply with the preceding paragraphs may result in the imposition of sanctions, including dismissal of the above-captioned action. See FED. R. CIV. P. 37(b)(2); see also L.R. 83.3.1.

　　　　　　　　　　　　　　　　　　　　/s/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　　United States District Judge