IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK D. HARRISON,** | : | CIVIL ACTION NO. 1:05-CV-2323 |
| | : | |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **GREGORY J. AMMONS, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 10th day of July, 2008, upon consideration of the order of court dated July 2, 2008 (Doc. 45), directing plaintiff to file, on or before July 9, 2008, a brief in opposition to defendants' motion for summary judgment (Doc. 39) and a statement of material facts in response to defendants' fact statement (Doc. 40), and advising plaintiff that his failure to do so would result in "the motion being deemed unopposed" and in "the facts set forth in defendants' statement of material facts (Doc. 40) being deemed admitted," (see Doc. 45), and upon further consideration of plaintiff's motion for an extension of time to file the aforementioned documents in opposition (Doc. 50), which was filed one day *after* the established deadline of July 9, 2008 and which offers no explanation for plaintiff's untimely filing other than the fact that "[p]laintiff's counsel was out of the office from noon on July 2, 2008 until 10:00 a.m. on July 10, 2008," (see Doc. 50 ¶ 5); see also FED. R. CIV. P. 6(b)(1) (permitting extensions of time "for good cause"), it is hereby ORDERED that:

1. On or before July 17, 2008, plaintiff's counsel shall file a supplement to his motion for extension, which shall establish good cause for his failure to comply with the order of court dated July 2, 2008 (Doc. 45).

2. Failure to comply with paragraph one of this order shall result in the motion for extension being denied and may result in the motion for summary judgment (Doc. 39) being deemed unopposed and in defendants' statement of material facts (Doc. 40) being deemed admitted.  <u>See</u> L.R. 7.6, 56.1.

  <u>/s/ Christopher C. Conner</u>
CHRISTOPHER C. CONNER
United States District Judge